| Company Name | Nursing Personnel Homecare | | | | | | | | | State for UCI | NY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Igor Litvak | | | | | | | | | | |
| Company No. | 8991 | Payroll No. | 172 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % | |
| Employee No. | 84373 | Division No. | 0 | Start Date | 04/18/2009 | Federal | Married | 1 | | | |
| SSN No. | *******4912 | Home Dept. No. | 10 | End Date | 04/24/2009 | (W) NY | Single | | | | |
| Check No. | 20264607 | Net Pay | $193.46 | Check Date | 05/01/2009 | (R) | | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Bals: | | | | | |
| DD #1 | Checking | *****3673 | ******1395 | $193.46 | | DD #3 | | | | | |
| DD #2 | | | | | | DD #4 | | | | | |
| DD Leftover Chk | | | | | | | | | | | |
| Memos | | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 10 | 0-Regular Pay | | 0.00 | 286.00 | 0-Regular Pay | | 5,361.55 | Federal WH | 0.00 | 90.01 | 1-Health Insuran | 60.00 | 240.00 |
| | | | | | | | | OASDI | 17.73 | 332.41 | | | |
| | | | | | | | | Medicare | 4.15 | 77.75 | | | |
| | | | | | | | | NY: State WH | 6.07 | 127.70 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 10.59 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 3.99 | 82.71 | | | |

Week Ending: 4/24/2009
Litvak, Igor

| | Date | Hours |
|---|---|---|
| Goykhman, Yuriy | | |
| 1 | 4/18/2009 | 5 |
| 2 | 4/19/2009 | 5 |
| 3 | 4/20/2009 | 6 |
| 4 | 4/21/2009 | 6 |
| 5 | 4/22/2009 | 6 |
| 6 | 4/23/2009 | 6 |
| 7 | 4/24/2009 | 6 |
| Sub Total | | 40 |
| Total | | 40 |

| | Employee Totals | 0.00 | 286.00 | Total YTD: | | 5,361.55 | | 32.54 | | | 60.00 | |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

Nursing Personnel Homecare
175 South 9th St.
Brooklyn, NY 11211

| Check Date | Reference No. |
|---|---|
| 05/01/2009 | 20264607 |

Payee    Igor Litvak            $    $193.46

**Direct Deposit Voucher**

VOID VOID VOID VOID

04/30/2009  11:56:48 AM

*Non-Negotiable*                *Non-Negotiable*

*Non-Negotiable*

| Company Name | Nursing Personnel Homecare | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Igor Litvak | | | | | | | | State for UCI | NY |
| Company No. | 8991 | Payroll No. | 173 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 84373 | Division No. | 0 | Start Date | 04/25/2009 | Federal | Married | 1 | | |
| SSN No. | ******4912 | Home Dept. No. | 10 | End Date | 05/01/2009 | (W) NY | Single | | | |
| Check No. | 20265374 | Net Pay | $253.46 | Check Date | 05/08/2009 | (R) | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Bals: | | | | |
| DD #1 | Checking | *****3673 | ******1395 | $253.46 | | DD #3 | | | | |
| DD #2 | | | | | | DD #4 | | | | |
| DD Leftover Chk | | | | | | | | | | |
| Memos | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 10 | 0-Regular Pay | 0.00 | 286.00 | | 0-Regular Pay | | 5,647.55 | Federal WH | 0.00 | 90.01 | 1-Health Insuran | 0.00 | 240.00 |
| | | | | | | | | OASDI | 17.74 | 350.15 | | | |
| | | | | | | | | Medicare | 4.14 | 81.89 | | | |
| | | | | | | | | NY: State WH | 6.07 | 133.77 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 11.19 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 3.99 | 86.70 | | | |

Week Ending: 5/1/2009

**Litvak, Igor**

| | Date | Hours |
|---|---|---|
| Goykhman, Yuriy | | |
| 1 | 4/25/2009 | 5 |
| 2 | 4/26/2009 | 5 |
| 3 | 4/27/2009 | 6 |
| 4 | 4/28/2009 | 6 |
| 5 | 4/29/2009 | 6 |
| 6 | 4/30/2009 | 6 |
| 7 | 5/1/2009 | 6 |
| **Sub Total** | | **40** |
| **Total** | | **40** |

| Employee Totals | 0.00 | 286.00 | Total YTD: | | 5,647.55 | | 32.54 | | 0.00 |
|---|---|---|---|---|---|---|---|---|---|

— REMOVE DOCUMENT ALONG THIS PERFORATION —

Nursing Personnel Homecare
175 South 9th St.
Brooklyn, NY 11211

| Check Date | Reference No. |
|---|---|
| 05/08/2009 | 20265374 |

Payee     Igor Litvak

$ $253.46

**Direct Deposit Voucher**

*Non-Negotiable*                                            *Non-Negotiable*

05/07/2009   12:25:57 PM

*Non-Negotiable*

| Company Name | Nursing Personnel Homecare | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Igor Litvak | | | | | | | | State for UCI | NY |
| Company No. | 8991 | Payroll No. | 174 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 84373 | Division No. | 0 | Start Date | 05/02/2009 | Federal | Married | 1 | | |
| SSN No. | *******4912 | Home Dept. No. | 10 | End Date | 05/08/2009 | (W) NY | Single | | | |
| Check No. | 20266144 | Net Pay | $193.46 | Check Date | 05/15/2009 | (R) | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Bais: | | | | |
| DD #1 | Checking | *****3673 | ******1395 | $193.46 | | DD #3 | | | | |
| DD #2 | | | | | | DD #4 | | | | |
| DD Leftover Chk | | | | | | | | | | |
| Memos | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 10 | 0-Regular Pay | | 0.00 | 286.00 | 0-Regular Pay | | 5,933.55 | Federal WH | 0.00 | 90.01 | 1-Health Insuran | 0.00 | 240.00 |
| | | | | | | | | OASDI | 17.73 | 367.88 | 10-Health Insura | 60.00 | 60.00 |
| | | | | | | | | Medicare | 4.15 | 86.04 | | | |
| | | | | | | | | NY: State WH | 6.07 | 139.84 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 11.79 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 3.99 | 90.69 | | | |

```
Week Ending: 5/8/2009
Litvak, Igor
              Date       Hours
Goykhman, Yuriy
     1    5/2/2009    5
     2    5/3/2009    5
     3    5/4/2009    6
     4    5/5/2009    6
     5    5/6/2009    6
     6    5/7/2009    6
     7    5/8/2009    6
Sub Total             40
Total                 40
```

| | Employee Totals | | 0.00 | 286.00 | Total YTD: | | 5,933.55 | | 32.54 | | | 60.00 | |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

Nursing Personnel Homecare
175 South 9th St.
Brooklyn, NY 11211

| Check Date | Reference No. |
|---|---|
| 05/15/2009 | 20266144 |

Payee    Igor Litvak                                        $    $193.46

## Direct Deposit Voucher

*Non-Negotiable*                                    *Non-Negotiable*

05/14/2009  1:11:20 PM

VOID VOID VOID VOID

*Non-Negotiable*

| Company Name | Nursing Personnel Homecare | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Igor Litvak | | | | | | | | State for UCI | | NY |
| Company No. | 8991 | Payroll No. | 175 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % | |
| Employee No. | 84373 | Division No. | 0 | Start Date | 05/09/2009 | Federal | Married | 1 | | | |
| SSN No. | *******4912 | Home Dept. No. | 10 | End Date | 05/15/2009 | (W) NY | Single | | | | |
| Check No. | 20266927 | Net Pay | $253.46 | Check Date | 05/22/2009 | (R) | | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | | Bals: | | | | |
| DD #1 | Checking | *****3673 | ******1395 | $253.46 | | DD #3 | | | | | |
| DD #2 | | | | | | DD #4 | | | | | |
| DD Leftover Chk | | | | | | | | | | | |
| Memos | | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 10 | 0-Regular Pay | | 0.00 | 286.00 | 0-Regular Pay | | 6,219.55 | Federal WH | 0.00 | 90.01 | 1-Health Insuran | 0.00 | 240.00 |
| | | | | | | | | OASDI | 17.73 | 385.61 | 10-Health Insura | 0.00 | 60.00 |
| | | | | | | | | Medicare | 4.15 | 90.19 | | | |
| | | | | | | | | NY: State WH | 6.07 | 145.91 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 12.39 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 3.99 | 94.68 | | | |

Week Ending: 5/15/2009
**Litvak, Igor**

| | Date | Hours |
|---|---|---|
| Goykhman, Yuriy | | |
| 1 | 5/9/2009 | 5 |
| 2 | 5/10/2009 | 5 |
| 3 | 5/11/2009 | 6 |
| 4 | 5/12/2009 | 6 |
| 5 | 5/13/2009 | 6 |
| 6 | 5/14/2009 | 6 |
| 7 | 5/15/2009 | 6 |
| Sub Total | | 40 |
| **Total** | | **40** |

| | Employee Totals | 0.00 | 286.00 | Total YTD: | | 6,219.55 | | 32.54 | | | 0.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

Nursing Personnel Homecare
175 South 9th St.
Brooklyn, NY 11211

| | | Check Date | Reference No. |
|---|---|---|---|
| | | 05/22/2009 | 20266927 |

Payee    Igor Litvak                                                     $    $253.46

## Direct Deposit Voucher

05/21/2009  12:42:06 PM

*Non-Negotiable*                                                 *Non-Negotiable*

*Non-Negotiable*

Case 8-09-75300-dte    Doc 3    Filed 07/17/09    Entered 07/17/09 13:51:32

| Company Name | Nursing Personnel Homecare | | | | | | | | | State for UCI | NY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Igor Litvak | | | | | | | | | | |
| Company No. | 8991 | Payroll No. | 176 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % | |
| Employee No. | 84373 | Division No. | 0 | Start Date | 05/16/2009 | Federal | Married | 1 | | | |
| SSN No. | *******4912 | Home Dept. No. | 10 | End Date | 05/22/2009 | (W) NY | Single | | | | |
| Check No. | 20267696 | Net Pay | $253.47 | Check Date | 05/29/2009 | (R) | | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Bals: | | | | | |
| DD #1 | Checking | *****3673 | ******1395 | $253.47 | | DD #3 | | | | | |
| DD #2 | | | | | | DD #4 | | | | | |
| DD Leftover Chk | | | | | | | | | | | |
| Memos | | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 10 | 0-Regular Pay | | 0.00 | 286.00 | 0-Regular Pay | | 6,505.55 | Federal WH | 0.00 | 90.01 | 1-Health Insuran | 0.00 | 240.00 |
| | | | | | | | | OASDI | 17.73 | 403.34 | 10-Health Insura | 0.00 | 60.00 |
| | | | | | | | | Medicare | 4.14 | 94.33 | | | |
| | | | | | | | | NY: State WH | 6.07 | 151.98 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 12.99 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 3.99 | 98.67 | | | |

Week Ending: 5/22/2009
**Litvak, Igor**

| | Date | Hours |
|---|---|---|
| Goykhman, Yuriy | | |
| 1 | 5/16/2009 | 5 |
| 2 | 5/17/2009 | 5 |
| 3 | 5/18/2009 | 6 |
| 4 | 5/19/2009 | 6 |
| 5 | 5/20/2009 | 6 |
| 6 | 5/21/2009 | 6 |
| 7 | 5/22/2009 | 6 |
| Sub Total | | 40 |
| **Total** | | **40** |

| | | | Employee Totals | 0.00 | 286.00 | Total YTD: | | 6,505.55 | | 32.53 | | | 0.00 |

——— REMOVE DOCUMENT ALONG THIS PERFORATION ———

Nursing Personnel Homecare
175 South 9th St.
Brooklyn, NY 11211

| Check Date | Reference No. |
|---|---|
| 05/29/2009 | 20267696 |

Payee     Igor Litvak                                              $    $253.47

05/27/2009  6:45:25 PM

**Direct Deposit Voucher**

*Non-Negotiable*                                    *Non-Negotiable*

VOID    VOID    VOID

*Non-Negotiable*

| Company Name | Nursing Personnel Homecare | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Igor Litvak | | | | | | | | State for UCI | NY |
| Company No. | 8991 | Payroll No. | 177 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 84373 | Division No. | 0 | Start Date | 05/23/2009 | Federal | Married | 1 | | |
| SSN No. | *******4912 | Home Dept. No. | 10 | End Date | 05/29/2009 | (W) NY | Single | | | |
| Check No. | 20268476 | Net Pay | $193.46 | Check Date | 06/05/2009 | (R) | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Bals: | | | | |
| DD #1 | Checking | *****3673 | ******1395 | $193.46 | | DD #3 | | | | |
| DD #2 | | | | | | DD #4 | | | | |
| DD Leftover Chk | | | | | | | | | | |
| Memos | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 10 | 0-Regular Pay | | 0.00 | 286.00 | 0-Regular Pay | | 6,791.55 | Federal WH | 0.00 | 90.01 | 1-Health Insuran | 60.00 | 300.00 |
| | | | | | | | | OASDI | 17.73 | 421.07 | 10-Health Insura | 0.00 | 60.00 |
| | | | | | | | | Medicare | 4.15 | 98.48 | | | |
| | | | | | | | | NY: State WH | 6.07 | 158.05 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 13.59 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 3.99 | 102.66 | | | |

Week Ending: 5/29/2009
**Litvak, Igor**

| | Date | Hours |
|---|---|---|
| Goykhman, Yuriy | | |
| 1 | 5/23/2009 | 5 |
| 2 | 5/24/2009 | 5 |
| 3 | 5/25/2009 | 6 |
| 4 | 5/26/2009 | 6 |
| 5 | 5/27/2009 | 6 |
| 6 | 5/28/2009 | 6 |
| 7 | 5/29/2009 | 6 |
| Sub Total | | 40 |
| **Total** | | **40** |

| | Employee Totals | 0.00 | 286.00 | Total YTD: | | 6,791.55 | | 32.54 | | 60.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|

――― REMOVE DOCUMENT ALONG THIS PERFORATION ―――

Nursing Personnel Homecare
175 South 9th St
Brooklyn, NY 11211

| Check Date | Reference No. |
|---|---|
| 06/05/2009 | 20268476 |

Payee    Igor Litvak

| $ | $193.46 |
|---|---|

## Direct Deposit Voucher

06/04/2009    12:12:28 PM

*Non-Negotiable*                    *Non-Negotiable*

*Non-Negotiable*

VOID VOID VOID VOID VOID VOID

| Company Name | Nursing Personnel Homecare | | | | | | | | | State for UCI | NY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Natalya Litvak | | | | | | | | | | |
| Company No. | 8991 | Payroll No. | 172 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % | |
| Employee No. | 82696 | Division No. | 0 | Start Date | 04/18/2009 | Federal | Married | 1 | | | |
| SSN No. | *******4345 | Home Dept. No. | 10 | End Date | 04/24/2009 | (W) NY | Single | | | | |
| Check No. | 20264608 | Net Pay | $217.99 | Check Date | 05/01/2009 | (R) | | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Bals: | | | | | |
| DD #1 | Checking | *****0584 | ******6227 | $217.99 | | DD #3 | | | | | |
| DD #2 | | | | | | DD #4 | | | | | |
| DD Leftover Chk | | | | | | | | | | | |
| Memos | | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 10 | 0-Regular Pay | 1.0000 | 0.00 | 314.92 | 0-Regular Pay | | 5,397.90 | Federal WH | 0.00 | 87.10 | 1-Health Insuran | 60.00 | 240.00 |
| | | | | | | | | OASDI | 19.52 | 334.67 | | | |
| | | | | | | | | Medicare | 4.56 | 78.27 | | | |
| | | | | | | | | NY: State WH | 7.37 | 127.27 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 10.20 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 4.88 | 84.34 | | | |

Week Ending: 4/24/2009
**Litvak, Natalya**

| | Date | Hours |
|---|---|---|
| Korostashevsky, Ryo | | |
| 1 | 4/18/2009 | 6 |
| 2 | 4/19/2009 | 6 |
| 3 | 4/20/2009 | 6 |
| 4 | 4/21/2009 | 6 |
| 5 | 4/22/2009 | 6 |
| 6 | 4/23/2009 | 6 |
| 7 | 4/24/2009 | 6 |
| Sub Total | | 42 |
| **Total** | | **42** |

| | Employee Totals | 0.00 | 314.92 | Total YTD: | | 5,397.90 | | 36.93 | | | 60.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

––––––––––––––––––– REMOVE DOCUMENT ALONG THIS PERFORATION –––––––––––––––––––

Nursing Personnel Homecare
175 South 9th St.
Brooklyn, NY 11211

| Check Date | Reference No. |
|---|---|
| 05/01/2009 | 20264608 |

Payee    Natalya Litvak                                    $    $217.99

04/30/2009   11:26:43 AM

## Direct Deposit Voucher

*Non-Negotiable*                                                    *Non-Negotiable*

VOID

*Non-Negotiable*

| Company Name | Nursing Personnel Homecare | | | | | | | | State for UCI | NY |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Natalya Litvak | | | | | | | | | |
| Company No. | 8991 | Payroll No. | 173 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 82696 | Division No. | 0 | Start Date | 04/25/2009 | Federal | Married | 1 | | |
| SSN No. | *******4345 | Home Dept. No. | 10 | End Date | 05/01/2009 | (W) NY | Single | | | |
| Check No. | 20265375 | Net Pay | $277.97 | Check Date | 05/08/2009 | (R) | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Bals: | | | | |
| DD #1 | Checking | *****0584 | ******6227 | $277.97 | | DD #3 | | | | |
| DD #2 | | | | | | DD #4 | | | | |
| DD Leftover Chk | | | | | | | | | | |
| Memos | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 10 | 0-Regular Pay | 1.0000 | 0.00 | 314.92 | 0-Regular Pay | | 5,712.82 | Federal WH | 0.00 | 87.10 | 1-Health Insuran | 0.00 | 240.00 |
| | | | | | | | | OASDI | 19.53 | 354.20 | | | |
| | | | | | | | | Medicare | 4.57 | 82.84 | | | |
| | | | | | | | | NY: State WH | 7.37 | 134.64 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 10.80 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 4.88 | 89.22 | | | |

Week Ending: 5/1/2009
**Litvak, Natalya**

| | Date | Hours |
|---|---|---|
| Korostashevsky, Pyo | | |
| 1 | 4/25/2009 | 6 |
| 2 | 4/26/2009 | 6 |
| 3 | 4/27/2009 | 6 |
| 4 | 4/28/2009 | 6 |
| 5 | 4/29/2009 | 6 |
| 6 | 4/30/2009 | 6 |
| 7 | 5/1/2009 | 6 |
| Sub Total | | 42 |
| **Total** | | **42** |

| Employee Totals | 0.00 | 314.92 | Total YTD: | 5,712.82 | 36.95 | 0.00 |
|---|---|---|---|---|---|---|

——— REMOVE DOCUMENT ALONG THIS PERFORATION ———

Nursing Personnel Homecare
175 South 9th St.
Brooklyn, NY 11211

| Check Date | Reference No. |
|---|---|
| 05/08/2009 | 20265375 |

Payee    Natalya Litvak

$ | $277.97

**Direct Deposit Voucher**

05/07/2009  12:26:00 PM

*Non-Negotiable*          *Non-Negotiable*

*Non-Negotiable*

| Company Name | Nursing Personnel Homecare | | | | | | | | State for UCI | NY |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Natalya Litvak | | | | | | | | | |
| Company No. | 8991 | Payroll No. | 176 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 82696 | Division No. | 0 | Start Date | 05/16/2009 | Federal | Married | 1 | | |
| SSN No. | *******4345 | Home Dept. No. | 10 | End Date | 05/22/2009 | (W) NY | Single | | | |
| Check No. | 20267697 | Net Pay | $277.98 | Check Date | 05/29/2009 | (R) | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Bals: | | | | |
| DD #1 | Checking | *****0584 | ******6227 | $277.98 | | DD #3 | | | | |
| DD #2 | | | | | | DD #4 | | | | |
| DD Leftover Chk | | | | | | | | | | |
| Memos | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 10 | 0-Regular Pay | 1.0000 | 0.00 | 314.92 | 0-Regular Pay | | 6,027.74 | Federal WH | 0.00 | 87.10 | 1-Health Insuran | 0.00 | 240.00 |
| | | | | | | | | OASDI | 19.52 | 373.72 | | | |
| | | | | | | | | Medicare | 4.57 | 87.41 | | | |
| | | | | | | | | NY: State WH | 7.37 | 142.01 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 11.40 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 4.88 | 94.10 | | | |

Week Ending: 5/22/2009
**Litvak, Natalya**

| | Date | Hours |
|---|---|---|
| Korostashevsky, Pyo | | |
| 1 | 5/16/2009 | 6 |
| 2 | 5/17/2009 | 6 |
| 3 | 5/18/2009 | 6 |
| 4 | 5/19/2009 | 6 |
| 5 | 5/20/2009 | 6 |
| 6 | 5/21/2009 | 6 |
| 7 | 5/22/2009 | 6 |
| Sub Total | | 42 |
| **Total** | | **42** |

| Employee Totals | 0.00 | 314.92 | Total YTD: | 6,027.74 | 36.94 | 0.00 |
|---|---|---|---|---|---|---|

------- REMOVE DOCUMENT ALONG THIS PERFORATION -------

Nursing Personnel Homecare
175 South 9th St.
Brooklyn, NY 11211

| Check Date | Reference No. |
|---|---|
| 05/29/2009 | 20267697 |

Payee    Natalya Litvak

$ | $277.98

**Direct Deposit Voucher**

VOID  VOID  VOID

05/27/2009  6:45:28 PM

*Non-Negotiable*                                *Non-Negotiable*

*Non-Negotiable*

| Company Name | Nursing Personnel Homecare | | | | | | | | | State for UCI | NY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Natalya Litvak | | | | | | | | | | |
| Company No. | 8991 | Payroll No. | 177 | Pay Frequency | Weekly | | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 82696 | Division No. | 0 | Start Date | 05/23/2009 | Federal | | Married | 1 | | |
| SSN No. | *******4345 | Home Dept. No. | 10 | End Date | 05/29/2009 | (W) NY | | Single | | | |
| Check No. | 20268477 | Net Pay | $217.71 | Check Date | 06/05/2009 | (R) | | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | | | Bals: | | | |
| DD #1 | Checking | *****0584 | ******6227 | $217.71 | | DD #3 | | | | | |
| DD #2 | | | | | | DD #4 | | | | | |
| DD Leftover Chk | | | | | | | | | | | |
| Memos | | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 10 | 0-Regular Pay | 1.0000 | 0.00 | 314.58 | 0-Regular Pay | | 6,342.32 | Federal WH | 0.00 | 87.10 | 1-Health Insuran | 60.00 | 300.00 |
| | | | | | | | | OASDI | 19.50 | 393.22 | | | |
| | | | | | | | | Medicare | 4.55 | 91.96 | | | |
| | | | | | | | | NY: State WH | 7.35 | 149.36 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 12.00 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 4.87 | 98.97 | | | |

Week Ending: 5/29/2009
Litvak, Natalya

| | Date | Hours |
|---|---|---|
| Korostashevsky, Fyo | | |
| 1 | 5/2/2009 | 6 |
| 2 | 5/3/2009 | 6 |
| 3 | 5/4/2009 | 6 |
| 4 | 5/5/2009 | 6 |
| 5 | 5/13/2009 | 6 |
| 6 | 5/14/2009 | 6 |
| 7 | 5/15/2009 | 6 |
| Sub Total | | 42 |
| Total | | 42 |

| Employee Totals | 0.00 | 314.58 | Total YTD: | 6,342.32 | 36.87 | 60.00 |
|---|---|---|---|---|---|---|

— REMOVE DOCUMENT ALONG THIS PERFORATION —

Nursing Personnel Homecare
175 South 9th St
Brooklyn, NY 11211

Payee: Natalya Litvak

06/04/2009  12:12:41 PM

**Direct Deposit Voucher**

*Non-Negotiable*

| Check Date | Reference No. |
|---|---|
| 06/05/2009 | 20268477 |

| $ | $217.71 |

*Non-Negotiable*

*Non-Negotiable*

VOID VOID VOID VOID VOID VOID

3AD

MICHAEL GITLIN D D S PC
4250 HEMPSTEAD TPKE
BETHPAGE, NY 11714

## Earnings Statement

EASYPAY

Pay Period: 5/02/2009 to 5/15/2009
Pay Date: 5/15/2009

Employee Number: 0035
Department Number:
Social Security Number: XXX-XX-XXXX
Marital Status: MARRIED
Number Of Allowances: 01

NATALYA LITVAK
11 DEB ST
PLAINVIEW, NY 11803

### Hours and Earnings

| Description | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|
| REGLAR | 80.00 | 21.5000 | 1720.00 | 17200.00 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA | 131.58 | 1315.80 |
| FED WT | 129.35 | 1447.35 |
| NY ST | 80.22 | 802.20 |
| NY DIS | 1.20 | 12.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $17,200.00 | $1,720.00 | $342.35 | $1,377.65 |



MICHAEL GITLIN D D S PC
4250 HEMPSTEAD TPKE
BETHPAGE, NY 11714

Check Date: 5/15/2009

$1,377.65 DEPOSIT TO BANK# 026013673 CHK ACCT# 7919481395

$1377.65

Pay To The Order Of:
NATALYA LITVAK
11 DEB ST
PLAINVIEW, NY 11803

****VOID******VOID****

**VOUCHER ONLY - NON-NEGOTIABLE**

3AD

MICHAEL GITLIN D D S PC
4250 HEMPSTEAD TPKE
BETHPAGE, NY 11714

# Earnings Statement

EASY PAY

Pay Period: 5/16/2009 to 5/29/2009
Pay Date: 5/29/2009

Employee Number: 0035
Department Number:
Social Security Number: XXX-XX-XXXX
Marital Status: MARRIED
Number Of Allowances: 01

NATALYA LITVAK
11 DEB ST
PLAINVIEW, NY 11803

| Hours and Earnings | | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGULAR | 80.00 | 21.5000 | 1720.00 | 18920.00 | FICA | 131.58 | 1447.38 |
| | | | | | FED WT | 129.35 | 1576.70 |
| | | | | | NY ST | 80.22 | 882.42 |
| | | | | | NY DIS | 1.20 | 13.20 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $18,920.00 | $1,720.00 | $342.35 | $1,377.65 |

MICHAEL GITLIN D D S PC
4250 HEMPSTEAD TPKE
BETHPAGE, NY 11714

DEPOSIT

Check Date: 5/29/2009

$1,377.65 DEPOSIT TO BANK# 026013673 CHK ACCT# 7919461395

$1377.65

Pay To The
Order Of

NATALYA LITVAK
11 DEB ST
PLAINVIEW, NY 11803

****VOID*****VOID****

VOUCHER ONLY - NON-NEGOTIABLE

3AD

MICHAEL GITLIN D D S PC
4250 HEMPSTEAD TPKE
BETHPAGE, NY 11714

**Earnings Statement**

ADP EasyPay

Pay Period:   5/30/2009  to  6/12/2009
Pay Date:     6/12/2009

Employee Number:        0035
Department Number:
Social Security Number: XXX-XX-XXXX
Marital Status:         MARRIED
Number Of Allowances:   01

NATALYA LITVAK
11 DEB ST
PLAINVIEW, NY 11803

| Hours and Earnings | | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGLAR | 80.00 | 21.5000 | 1720.00 | 20640.00 | FICA | 131.58 | 1578.96 |
|  |  |  |  |  | FED WT | 129.35 | 1706.05 |
|  |  |  |  |  | NY ST | 80.22 | 962.64 |
|  |  |  |  |  | NY DIS | 1.20 | 14.40 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $20,640.00 | $1,720.00 | $342.35 | $1,377.65 |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**MICHAEL GITLIN D D S PC**
4250 HEMPSTEAD TPKE
BETHPAGE, NY 11714

**DEPOSIT**

Check Date:  6/12/2009

$1,377.65 DEPOSIT TO BANK# XXXXXXXX CHK ACCT# XXXXXX1395

Pay This Amount   $1377.65

Pay To The
Order Of

NATALYA LITVAK
11 DEB ST
PLAINVIEW, NY 11803

***VOID*****VOID****

THIS IS NOT A CHECK

**VOUCHER ONLY - NON-NEGOTIABLE**

3AD

MICHAEL GITLIN D D S PC
4250 HEMPSTEAD TPKE
BETHPAGE, NY 11714

## Earnings Statement

ADP EasyPay

Pay Period: 6/13/2009 to 6/26/2009
Pay Date: 6/26/2009

Employee Number: 0035
Department Number:
Social Security Number: XXX-XX-XXXX
Marital Status: MARRIED
Number Of Allowances: 01

NATALYA LITVAK
11 DEB ST
PLAINVIEW, NY 11803

| Hours and Earnings | | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGLAR | 80.00 | 21.5000 | 1720.00 | 22360.00 | FICA | 131.58 | 1710.54 |
| | | | | | FED WT | 129.35 | 1835.40 |
| | | | | | NY ST | 80.22 | 1042.86 |
| | | | | | NY DIS | 1.20 | 15.60 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $22,360.00 | $1,720.00 | $342.35 | $1,377.65 |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**MICHAEL GITLIN D D S PC**
4250 HEMPSTEAD TPKE
BETHPAGE, NY 11714

DEPOSIT

Check Date: 6/26/2009

$1,377.65 DEPOSIT TO BANK# XXXXXXXX CHK ACCT# XXXXXX1395

Pay This Amount: $1377.65

Pay To The Order Of:
NATALYA LITVAK
11 DEB ST
PLAINVIEW, NY 11803

***VOID*****VOID****

THIS IS NOT A CHECK

**VOUCHER ONLY - NON-NEGOTIABLE**